UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. JIMENEZ,                                        No. C 09-2328 SI (pr)

       Plaintiff,                                              **JUDGMENT**

  v.

MEDICAL HEALTH SERVICES; et al.,

       Defendants.
                                           /

Judgment is now entered in defendants' favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 25, 2011                                       _____
                                                              SUSAN ILLSTON
                                                   United States District Judge